**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq. SB# 133878
  E-Mail: Julian.Pardini@lewisbrisbois.com
Stephen J. Liberatore, Esq. SB# 129772
  E-Mail: Stephen.Liberatore@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendants
UNIVERSAL UNDERWRITERS INSURANCE
COMPANY and UNIVERSAL
UNDERWRITERS SERVICE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELA G. ALVAREZ, an individual<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a business entity form unknown, UNIVERSAL UNDERWRITERS SERVICE CORPORATION, a corporation and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. SECTION 1441(b) (DIVERSITY); JURY DEMAND; CERTIFICATE OF INTERESTED PARTIES**<br><br>Action Filed:　September 17, 2014<br>Trial Date:　　None Set |

**TO:　THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

　　PLEASE TAKE NOTICE THAT Defendants UNIVERSAL UNDERWRITERS INSURANCE COMPANY and UNIVERSAL UNDERWRITERS SERVICE CORPORATION (hereinafter, collectively, "Universal"), by and through their undersigned attorneys of record, hereby remove to this Court the state court action described below.

**JURISDICTION AND VENUE**

　　1.　This Court has subject matter jurisdiction of this action under 28 U.S.C. section 1332, and is one which may be removed to this Court by Universal pursuant to the provisions of 28 U.S.C. section 1441(b) in that it is a civil action between citizens or subjects of a foreign state

4819-6944-2592.1

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

1 and a citizen of a different state, and the amount in controversy as alleged in the complaint may
2 exceed the sum of $75,000, exclusive of interest and costs.

3     2.    Venue is proper in the Northern District of California pursuant to 28 U.S.C.
4 sections 1391(b) and (c), because Plaintiff is subject to personal jurisdiction in this judicial district
5 and a substantial part of the events giving rise to this lawsuit occurred in this division of the
6 Northern District of California.

## GROUNDS FOR REMOVAL

8     3.    On September 17, 2014, Plaintiff Adela G. Alvarez ("Plaintiff"), by and through
9 her attorney Daniel E. Griffee, commenced a civil action in the Superior Court of the State of
10 California in and for the County of Monterey against Universal, entitled *ADELA G. ALVAREZ v.*
11 *UNIVERSAL UNDERWRITERS INSURANCE COMPANY, a business entity form unknown,*
12 *UNIVERSAL UNDERWRITERS SERVICE CORPORATION, a corporation and DOES 1 through*
13 *20, inclusive*, Monterey County Superior Court Case No. M129256. A true and correct copy of
14 the complaint is attached as **Exhibit A**.

15     4.    Service of summons and complaint of the above-referenced state-court action was
16 accomplished upon Universal's agent for service of process on September 23, 2014. Thus, the
17 time limit for removal set forth in 28 U.S.C. section 1446(b) has been satisfied.

18     5.    The basis for removal is that Plaintiff is a citizen and resident of the State of
19 California while Defendant Universal Underwriters Insurance Company is a corporation organized
20 and existing under the laws of the State of Missouri in the United States of America, and
21 Defendant Universal Underwriters Service Corporation is a corporation organized and existing
22 under the laws of the State of Missouri in the United States of America. This Court therefore has
23 original jurisdiction of this action under 28 U.S.C. section 1332 because each Universal entity is a
24 citizen or subject of a separate foreign state and Plaintiff is a citizen of the State of California.

25     6.    Plaintiff's Complaint alleges that she is entitled to recover a jury verdict in an
26 undetermined amount, but includes a prayer for general damages, special damages, punitive
27 damages, and attorneys' fees. Thus, Universal believes in good faith that the amount in
28 controversy may exceed $75,000, as required for removal pursuant to 49 U.S.C. section11706.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4819-6944-2592.1

## DEMAND FOR JURY TRIAL

7. Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendants Universal hereby demand a trial by jury.

Wherefore, Defendant Nationwide prays that this action be removed to this Court.

Dated: October 23, 2014

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Julian J. Pardini
Stephen J. Liberatore
Attorneys for Defendants
UNIVERSAL UNDERWRITERS INSURANCE COMPANY and UNIVERSAL UNDERWRITERS SERVICE CORPORATION

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rules of Civil Procedure, Rule 7.1, and Northern District of California Local Rules, Civil L.R. 3-15, the undersigned certifies that as of this date, the following non-parties have an interest in the outcome of this case:

1. There are no known interested parties other than Plaintiffs and Defendant.

Dated: October 23, 2013

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Julian J. Pardini
Stephen J. Liberatore
Attorneys for Defendants
UNIVERSAL UNDERWRITERS INSURANCE COMPANY and UNIVERSAL UNDERWRITERS SERVICE CORPORATION