1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
Julian J. Pardini, Esq., SB# 133878
2     Email: Julian.Pardini@lewisbrisbois.com
Stephen J. Liberatore, Esq., SB# 129772
3     Email: Stephen.Liberatore@lewisbrisbois.com
333 Bush Street, Suite 1100
4  San Francisco, California 94104-2872
Telephone: 415.362.2580
5  Facsimile:  415.434.0882
Attorneys for Defendants UNIVERSAL UNDERWRITERS INSURANCE COMPANY and
6  UNIVERSAL UNDERWRITERS SERVICE CORPORATION

7  **LAW OFFICE OF DANIEL E. GRIFFEE**
Daniel E. Griffee, Esq., SB# 229897
8     Email:  Daniel@DGriffeeLaw.com
44 West Alisal Street
9  Salinas, California 93901
Telephone: 831.753.6577
10  Facsimile:  831.424.9625
Attorneys for Plaintiff ADELA G. ALVAREZ

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14  ADELA G. ALVAREZ, an individual          | CASE NO. 14-CV-04719 PSG

15            Plaintiff,                      | **STIPULATION AND [~~PROPOSED~~] ORDER TO REMAND CASE TO STATE COURT**

16        v.

17  UNIVERSAL UNDERWRITERS INSURANCE
COMPANY, a business entity form unknown,
18  UNIVERSAL  UNDERWRITERS  SERVICE
CORPORATION, a corporation and DOES 1
19  through 20, inclusive,

20            Defendants.

21

22                         **RECITALS**

23        1.       Plaintiff Adela G. Alvarez ("Plaintiff") commenced this action by filing a complaint in

24  the Superior Court of the State of California in and for the County of Monterey (the "State Court") on

25  or about September 17, 2014, against Defendants Universal Underwriters Insurance Company, and

26  Universal Underwriters Service Corporation ("Defendants").

27  / / /

28  / / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

2.       On October 23, 2014, Defendants removed this matter to this Court based on personal jurisdiction.

3.       Plaintiff and Defendants, by and through their respective counsel of record, have met and conferred and have reached agreement to remand this matter back to the State Court.

4.       Plaintiff and Defendants, by and through their respective counsel of record, have further met and conferred and agree that each party will bear its own costs and fees with regard to all efforts in the removal of this action to this Court, as well as the remand of the action to the State Court.

## STIPULATION

**NOW, THEREFORE,** Plaintiff and Defendants, by and through their respective attorneys of record, hereby stipulate and agree that the action shall immediately be remanded to the Superior Court (Limited Jurisdiction) in and for the State of California, County of Monterey.

**IT IS SO STIPULATED.**

DATED: November 7, 2014              LAW OFFICE OF DANIEL E. GRIFFEE

By:       */s/ Daniel E. Griffee*
           Daniel E. Griffee
           Attorneys for Plaintiff
           ADELA G. ALVAREZ

DATED: November 7, 2014              LEWIS BRISBOIS BISGAARD & SMITH LLP

By:       */s/ Stephen J. Liberatore*
           Julian J. Pardini
           Stephen J. Liberatore
           Attorneys for Defendants
           UNIVERSAL UNDERWRITERS INSURANCE COMPANY and UNIVERSAL UNDERWRITERS SERVICE CORPORATION

**I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.**

DATED: November 7, 2014              */s/ Stephen J. Liberatore*
                         Stephen J. Liberatore

1

## ORDER

2    For good cause showing, **IT IS ORDERED** that this action shall immediately be remanded to

3 the Superior Court (Limited Jurisdiction) for the State of California, County of Monterey.

4    **IT IS SO ORDERED:**

5 DATED:   November 7, 2014

_____
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4852-0176-7712.1

14-CV-04719 PSG

ORDER TO REMAND CASE TO STATE COURT